03122109 (RWS)     JCE:jm     08/26/16     WHITE     21689-6-79
06274869 (JCE)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **JEANETTA MATCHIAK** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    No.    16-CV-05877 |
| | ) |
| **JOLIET PARK DISTRICT and** | ) |
| **DOMINIC EGIZIO,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

To:    Ms. Robin Potter            Mr. Thomas G. DiCianni
        Ms. M. Nieves Bolanos       Ancel Glink
        Ms. Alenna K. Bolin          140 S. Dearborn Street, 6th Floor
        Robin Potter & Associates, P.C.   Chicago, IL 60603
        111 E. Wacker Drive
        Suite 2600
        Chicago, IL 60601

I, James Cabot Elder, the attorney, certify I served: Defendant Joliet Park District's Rule 206(a)(1)(A) Disclosure, by mailing a copy to the attorney listed above at his respective address and depositing same in the U.S. mail at 425 N. Martingale Road, Schaumburg, Illinois, at 5:00 p.m. on August 26, 2016 with proper postage prepaid.

                                            Respectfully submitted,

                                            STELLATO & SCHWARTZ, LTD.

                                            By:    **/s/ James Cabot Elder**
                                                     James Cabot Elder

03122109 (RWS)
06274869 (JCE)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant - JOLIET PARK DISTRICT
425 N. Martingale Road, Suite 1150
Schaumburg, Illinois 60173
(847) 330-3700